UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

GARY LA BARBERA, LAWRENCE KUDLA,
THOMAS GESUALDI, PAUL GATTUS,
THEODORE KING, CHESTER BROMAN,
FRANK FINKEL and JOSEPH FERRARA,
as Trustees and Fiduciaries of the Local 282
Welfare, Pension, Annuity, and Job Training
Trust Funds,

                                    Plaintiffs,

        -against-


ADCO SERVICE CORP., BETOSIA
MANUFACTURING CO., IMI CONSTRUCTION
CORP., MORRISON'S TRUCKING, INC.,


                                    Defendants.
----------------------------------------------------------X

FILED
IN CLERK'S ○
U.S. DISTRICT CO'       N.Y.
*  APR 2 8 2005
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
☆       APR 2  2005       ☆
P.M.
TIME A.M.

JUDGMENT
02-CV-5289 (SJ)

        An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on April 18, 2005, directing the Clerk of the Court to enter a final judgment awarding plaintiffs $0.00 in unpaid contributions, $932.81 in attorneys' fees and $34.21 for costs (totaling $967.02) from Adco; $228.72 in unpaid contributions, $98.73 in interest, $98.73 in additional interest, $932.21 in attorneys' fees and $34.21 for costs (totaling $1,393.20) from Betosia; $73,282.95 in unpaid contributions, $25,247.69 in interest, $25,247.69 in additional interest, $932.81 in attorneys' fees and $34.21 for costs (totaling $124,745.35) from IMI; and $157,490.90 in unpaid contributions, $30,760.04 in interest, $31,498.19 in liquidated damages, $932.81 in attorneys' fees and $34.21 for costs (totaling $220,716.15) from Morrison's; it is

        ORDERED and ADJUDGED that a final judgment is hereby entered in favor of plaintiffs, Gary La Barbera, Lawrence Kudla, Thomas Gesualdi, Paul Gattus, Theodore King, Chester Broman, Frank Finkel and Joseph Ferrara, as Trustees and Fidiciaries of the Local 282 Welfare, Pension, Annuity, and Job Training Trust Funds, and against defendants,

JUDGMENT
02-CV- 5289 (SJ)

Adco Service Corp., Betosia Manufacturing Co., IMI Construction Corp., and Morrision's

Trucking, Inc., awarding $0.00 in unpaid contributions, $932.81 in attorneys' fees and

$34.21 for costs (totaling $967.02) from Adco; $228.72 in unpaid contributions, $98.73 in

interest, $98.73 in additional interest, $932.81 in attorneys' fees and $34.21 for costs

(totaling $1,393.20) from Betosia; $73,282.95 in unpaid contributions, $25,247.69 in interest,

$25,247.69 in additional interest, $932.81 in attorneys' fees and $34.21 for costs (totaling

$124,745.35) from IMI; and $157,490.90 in unpaid contributions, $30,760.04 in interest,

$31,498.19 in liquidated damages, $932.81 in attorneys' fees and $34.21 for costs (totaling

$220,716.15) from Morrision's.

Dated:  Brooklyn, New York
        April 19, 2005

s/RCH

ROBERT C. HEINEMANN
Clerk of Court